**CENTER FOR FOOD SAFETY, et al., Appellees**

v.

**Sally JEWELL, Secretary of United States of Department of the Interior, et al., Appellants.**

**No. 15–5177.**

United States Court of Appeals, District of Columbia Circuit.

Sept. 14, 2015.

Paula N. Dinerstein, Public Employees for Environmental Responsibility, Washington, DC, for Appellees.

Vivian Huei–Wen Wang, U.S. Department of Justice, Washington, DC, for Appellants.

### *ORDER*

Upon consideration of appellants' motion to dismiss the appeal, it is

**ORDERED** that the motion be granted, and this case is hereby dismissed.

The Clerk is directed to transmit forthwith to the United States District Court for the District of Columbia a certified copy of this order in lieu of formal mandate.